IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MARK P. ARZU

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1. PAY PAL
2. SKRILL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

FILED BY ___PLS___ D.C.

NOV - 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARK P. ARZU
   Street Address: P.O. Box 30064
   City and County: Palm Beach Gardens
   State and Zip Code: Florida 33420
   Telephone Number: 561 703 8680
   E-mail Address: markpuzant@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Daniel Schulman
   Job or Title (if known): CEO PAYPAL
   Street Address: 2211 North First St
   City and County: SAN JOSE
   State and Zip Code: CA 95131
   Telephone Number: 402-935-2258
   E-mail Address (if known): lawenforcement@paypal.com

   Defendant No. 2

   Name: Andy Paradise
   Job or Title (if known): CEO SKIUZ
   Street Address: 1061 Market St. 6th Floor
   City and County: San Francisco CA 94103

    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address  _____
    (if known)

  Defendant No. 3

    Name  _____
    Job or Title
    (if known)  _____
    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address  _____
    (if known)

  Defendant No. 4

    Name  _____
    Job or Title
    (if known)  _____
    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address  _____
    (if known)

**II.**  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Mack P. Ar Z u, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* __PAYPAL__, is incorporated under the laws of the State of *(name)* __California__, and has its principal place of business in the State of *(name)* __California__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* __CALIFORNIA__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Amount Claimed against PAYPAL is $225,000
Amount Claimed against SKRILL is $125,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments.. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- Plaintiff was playing on is phone (cell) games and gambling for rewards and other benefits this has been going for years
PAYPAL never paid a penny of the Plaintiff winnings since more than 12 & 13 years!!
- the same goes for SKRILL

5

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Relief asked by Plaintiff is that Defendants pay the amount they owe to Plaintiff. The basis for the claims is electronic playing such as gambling and rewards. Punitive damages to be assessed during Trial_

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Nov 4, 2021_

Signature of Plaintiff   _[signature]_
Printed Name of Plaintiff   _MARK P. ARZU_

### B.   For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Complaint for a Civil Case

MARK P. ARZU

   Plaintiff

  Against

PAY PAL

  And

SKILLZ

   Defendants

_____/

## COMPLAINT

COMES NOW MARK P. ARZU, PRO SE PLAINTIFF and files through his own hand this His Complaint against PAY PAL and SKILLZ DEFENDANTS and states the following:

Causes of action:

Statute 470  RACKETEER INFLUENCED AND

               CORRUPT ORGANIZATIONS

Other      Concealment of Evidence

    375  False Claims Act and Illicit Enrichment

In addition to the above both Defendants refuse to pay or honor their obligations for payment to Plaintiff their dues generated by electronic gambling, rewards and winnings to the Plaintiff. See attached letters to be used by

Plaintiff as evidence which clearly demonstrate that both Defendants are refusing to pay Plaintiff and this clearly demonstrate that both Defendants are corrupt since they never paid any penny for more than many years Plaintiff was using their sites for competition and gambling. Defendants never responded to Plaintiff's demand whether written or verbal. Even if Defendants promise that they will investigate and respond to Plaintiff's demands, it never happened. Defendants promise to pay and they never did up to the day of this writing.

Further all their offices advertised for so called assistance to players and solution for players etc. are simply a gimmick a source of show and nothing else. Defendants use that ad to ATTRACT MORE INNOCENT PLAYERS, FUTURE VICTIMS. Both Defendants are raking millions and billions of dollars from ADVERTISING ENTITIES and never paying the players.

Pay Pal employs around 25000, Twenty Five Thousand employees while Skillz has around 600 employees. Six Hundred and growing. One can easily imagine the money they are receiving from their clients in order to pay their employees.

Plaintiff in addition to the attached letters Plaintiff will present to the court the necessary evidence which is actionable during trial proceedings.

Amount claimed by Plaintiff from both Defendants amounts for more than Three Hundred Thousand dollars since Plaintiff was playing for many years days and mostly all nights 24/7.

Respectfully submitted this day      November 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy has been provided to clerk of the court on this November      2021.

Mark P. Arzu Pro Se Plaintiff, POBOX 30064 Palm Beach Gardens FL 33420

DANIEL SCHULMAN

PRESIDENT

2211 NORTH FIRST STREET

SAN JOSE, CA 95131           VIA REGISTERED MAIL WITH RETURN RECEIPT REQUESTREQUEST

JANUARY 07, 2021

INRE: MY LETTER ADDRESSED TO YOU AND DATED OCTOBER 14, 2020

DEAR SIR:

ATTACHED PLEASE FIND A COPY OF MY LETTER SENT TO YOU ON OCTOBER 14, 2020, WHICH REMAINED ICE COLD. I DON'T KNOW THE REASON WHY YOU ARE HOLDING MY FUNDS HOSTAGE ON YOUR BOOKS. I EARNED THESE MONIES AND I DEMAND RIGHTFULLY THAT PAY PAL REIMBURSES ME FULLY.

AT THIS END I AM INFORMING YOU THAT I LIVE IN PALM BEACH GARDENS, FLORIDA. IN RESPONSE TO A QUESTION THAT APPEARED ON MY CELL SCREEN ASKING ME THE WHEREABOUTS OF MY LOCATION. MOREOVER I WOULD LIKE TO MAKE THE FOLLOWING SUGGESTIONS IN ORDER TO HAVE A SMOOTH RELATIONSHIP WITH YOUR PEOPLE HANDLING MY ACCOUNT.

1. SINCE I AM NOT GOOD AT REMEMBERING MY PASSWORDS (I USED SO MANY OF THEM) I WOULD LIKE TO USE MY FINGER PRINT,
2. AS YOU KNOW MY FINGER PRINT IS UNIQUE AS IS YOURS
3. CONSEQUENTLY THIS WILL ANSWER THE QUESTION EVERYTIME I GO ON LINE WITH PAY PAL THAT SAYS WE DO NOT RECOGNISE IT IS YOU MEANING MARK ARZU (ME).
4. WHEN I USE MY FINGER PRINT ON YOUR SITE THERE WILL BE NO DOUBT WHATSOEVER THAT THIS FINGER PRINT IS MINE AND NOBODY ELSE'S LIKE MY TELEPHONE NUMBER WHICH IS MY CELL PHONE AND I ONLY USE IT
5. THEREFOR THIS IS THE BEST OPTION FOR THE RECOGNITION OF MY IDENTITY AND THIS WAY I BELIEVE WE DID SOLVE THE MAIN PROBLEM
6. NEXT I WOULD LIKE TO OPEN AN ACCOUNT WITH SOME OF THE FUNDS (SAY AN AMOUNT OF ONE THOUSAND DOLLARS) WHICH YOU ARE HOLDING ON YOUR BOOKS AND ARE PENDING ON YOUR BOOKS . THE

LATEST AMOUNT APPEARING ON MY CELL PHONE SCREEN IS A PRINT BY PAY PAL TO BE AROUND 18888.00 EIGHTEEN THOUSAND EIGHT HUNDRED EIGHTY EIGHT DOLLARS AND SOME CHANGE AND GROWING.

7. PLEASE FIND HEREWITH ATTACHED A COPY OF MY DEBIT CARD WHICH I REQUESTED AND INSTRUCTED YOUR PEOPLE WHO ARE IN CHARGE OF MY ACCOUNT TO TRANSFER ALL THE FUNDS PENDING IN YOUR BOOKS AND REMITTED ( IN MY FAVOR TO YOU BY THIRD PARTIES FOR MY BENEFIT ) TO MY DEBIT CARD. YOU CAN CHECK THIS WITH MY INSTRUCTIONS ON YOUR SITE WHERE PAY PAL IS ASKING ABOUT CLIENTS' SATISFACTION.
8. I AM REALLY AMAZED THAT UP TO THIS STAGE AND TIME YOU ARE NOT PAYING ME MY MOMEY WHICH I EARNED AND DESERVE IT.
9. IF YOU HAVE ANY OTHER CONSTRUCTIVE SUGGESTION FOR ME TO RECEIVE MY MONIES PLEASE DO MENTION IT HERE
10. ALSO PLEASE MENTION HOW DO I RETRIEVE OR REDEEM MY FUNDS THAT YOU HAVE RECEIVED IN MY NAME OR THE BEST WAY IN MY OPINION TO CREDIT TO MY ACCOUNT WITH PAY PAL.

KINDLY REMIT MY FUNDS BECAUSE I NEED THE MONEY MORE THAN EVER.

I APPRECIATE YOUR ASSISTANCE IN THIS MATTER

RESPECTFULLY

MARK ARZU

MY ADDRESS IS: POBOX 30064 PALM BEACH GARDENS FLORIDA 33420 AND MY PHONE 561 703 8680